UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-CR-80136-RLR

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

**BRIAN SIGOUIN ,**

    Defendant.
_____/

**TEMPORARY NOTICE OF APPEARANCE**

COMES NOW undersigned counsel Ashley D. Kay and Kevin J. Kulik and files this temporary appearance as counsel for the above named Defendant.

**I HEREBY CERTIFY** that on August 7, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                          Respectfully submitted,

                                          */s/Kevin J. Kulik*
                                          **KEVIN J. KULIK**
                                          Attorney for the Defendant
                                          Florida Bar Number: 475841
                                          500 Southwest Third Avenue
                                          Ft. Lauderdale, Florida 33315
                                          Telephone: (954) 761-9411

                                          */s/Ashley D. Kay*
                                          **ASHLEY D. KAY**
                                          Attorney for the Defendant
                                          Florida Bar Number: 78991

500 Southwest Third Avenue
Ft. Lauderdale, Florida 33315
Telephone: (954) 761-9411