UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-CR-80136-RLR

FILED BY _KZ_ D.C.
AUG 15 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES OF AMERICA,
        Plaintiff,

v.

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

Brian Siguoin, Defendant.
_____/

COMES NOW Ashley Kay, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

    Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

    Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

    **FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 8/15/19

Attorney: Ashley Kay
Address: 500 SW 3rd Avenue
City: Fort Lauderdale State: FL Zip Code: 33315
Telephone: (954) 761 9411
Florida Bar Number: 78991

    The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

Brian Sigouin
_/s/ Brian Sigouin_