ROIB:cr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80136-CR-RLR

UNITED STATES OF AMERICA,

        Plaintiff.
vs.

BRIAN MATTHEW SIGOUIN,

        Defendant.
_____/

NOTICE OF APPEARANCE

The United States, by and through the undersigned Assistant United States Attorney Richard O.I. Brown, hereby files this Notice of Appearance as co-counsel for all forfeiture matters on behalf of the Plaintiff, United States of America, in the above-styled case.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

BY:  /s/*Richard O.I.Brown*
       RICHARD O.I. BROWN
       Assistant United States Attorney
       500 East Broward Blvd., Suite 700
       Fort Lauderdale, Florida 33394
       Admin. No.: A5500257
       TEL: (954) 660-5779
       FAX: (954)356-7180
       Email: richard.brown@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>*/s/Richard O.I.Brown*
>RICHARD O.I. BROWN
>ASSISTANT UNITED STATES ATTORNEY