UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASENO.:19-CR-80136-RLR

UNITED STATESOFAMERICA

        Plaintiff
VS.

BRIAN SIGOUIN

        Defendant
_____

### DEFENDANT'S WAIVER OF SPEEDY TRIAL FROM SEPTEMBER 9, 2019 THROUGH JANUARY 6, 2020

**COMES NOW** undersigned counsel and notifies this Honorable Court that the Defendant waives his right to speedy trial from the date undersigned counsel filed an unopposed motion to continue, September 9, 2019, through the date the Defendant's case is set for trial, January 6, 2019.

_____
Brian Matthew Sigouin
September 25, 2019

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 25, 2019 I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive Notices of Electronic Filing.

/s/KEVIN J. KULIK
Florida BarNo.: 475841
AttorneyforDefendant
500 SW3rd Avenue
Fort Lauderdale,FL33315
Telephone: (954)761- 9411
Facsimile: (954)767-4750

/s/ASHLEY D. KAY
Florida BarNo.: 78991
AttorneyforDefendant
500 SW3$^{rd}$Avenue
Fort Lauderdale,FL33315
Telephone: (954)761- 9411
Facsimile: (954)767-4750