UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cr-80136-RLR

UNITED STATES OF AMERICA

       Plaintiff

VS.

BRIAN SIGOUIN

       Defendant

_____

## NOTICE OF PERMANENT APPEARANCE
## AS COUNSEL OF RECORD

**COMES NOW** the undersigned counsel and enter this appearance as counsel for the above named Defendant. Counsels agrees to represent the Defendant for all proceedings arising out of the transaction with which the Defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the Defendant of the right to appeal, to file a timely notice of appeal if requested to do so by Defendant, and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on December 19, 2019 I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

<u>/s/KEVIN J. KULIK</u>
Florida Bar No.: 475841
Attorney for Defendant
500 SW 3ʳᵈAvenue
Fort Lauderdale, FL 33315
Telephone: (954)761- 9411
Facsimile:  (954) 767- 4750