AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

Brian Matthew Sigouin

**EXHIBIT AND WITNESS LIST**

Case Number: 19-80136-Cr-Rosenberg/Reinhart

| PRESIDING JUDGE<br>U.S. Magistrate Judge Bruce E. Reinhart | PLAINTIFF'S ATTORNEY<br>AUSA Gregory Schiller | DEFENDANT'S ATTORNEY<br>Ashley Devon Kay (Ret) |
|---|---|---|
| TRIAL DATE(S)<br>Suppression Hearing 12/9/2019 & 12/16/2019 | COURT REPORTER<br>Karl Shires/Diane Miller | COURTROOM DEPUTY<br>Tanya McClendon |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/9/2019 | x | x | DOCUMENTS - DOCTOR'S CV |
| 2 | | 12/9/2019 | x | x | DOCUMENTS |
| 3 | | 12/9/2019 | x | x | DOCUMENTS |
| 4 | | 12/9/2019 | x | x | DOCUMENTS |
| 5 | | 12/9/2019 | X | X | AFFIDAVIT |
| 6 | | 12/9/2019 | x | x | NET TARGET SUMMARY |
| 7 | | 12/9/2019 | X | X | CD |
| 8 | | 12/9/2019 | x | x | CD |
| 9 | | 12/9/2019 | X | X | FBI DOCUMENT |
| 11 | | 12/9/2019 | x | x | ADVICE OF RIGHTS DOCUMENT |
| 12 | | 12/9/2019 | x | x | PHOTO |
| 13 | | 12/9/2019 | x | x | PHOTO |
| 14 | | 12/9/2019 | x | x | PHOTO |
| X | | 12/9/2019 | | | WITNESS DR. BRIAN LEVINE |
| X | | 12/9/2019 | | | WITNESS FBI S/A DANIL ALFIN |
| | X | 12/16/2019 | | | WITNESS DR. DARRYL APPLESON |

FILED BY _TM_ D.C.
DEC 20 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages