UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cr-80136-RLR

USA

Plaintiff(s),

vs.

Brian Matthew Sigouin

Defendant(s).
_____/

FILED BY___UPS___D.C.

JAN 31 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives
    Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")
    Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB

[✓] Other (Explain): Plaintiff Exhibits #'s 1-14

[ ] Attachments
    (Exhibit list, Order of Court)

Signature: _____
Print Name: T.M. NEGRON ZIETA
Agency or Firm: USDOJ - USAO
Address: 500 S. AUSTRALIAN AVE
         WPB FL 33401
Telephone: 561-820-8711
Date: 01-31-2020

Exhibits Released by:
_____
(Deputy Clerk)

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record