UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cr-80136-RLR

USA

Plaintiff(s),

vs.
Brian Matthew Sigouin

Defendant(s).
_____/

FILED BY MEL D.C.

FEB 04 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")
Item Nos. _____

☐ Stored by Records Section in: ☐ Miami ☐ FTL ☐ WPB

☑ Other (Explain): Plaintiff Exhibit 7-8 (CD's)

☐ Attachments
(Exhibit list, Order of Court)

Signature: [signed]
Print Name: T.M. HERMANN ZIEJA
Agency or Firm: USDOJ-USAO
Address: 500 S. Australian Ave
WPB FL.

Exhibits Released by:
Mary Etienne
(Deputy Clerk)

Telephone: 561 820 8711
Date: 02-04-2020

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record